People v Lopez-Duran (2025 NY Slip Op 52042(U))

[*1]

People v Lopez-Duran (Joel)

2025 NY Slip Op 52042(U)

Decided on December 23, 2025

Appellate Term, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on December 23, 2025
SUPREME COURT, APPELLATE TERM, FIRST DEPARTMENT

PRESENT: Brigantti, J.P., Perez, Alpert, JJ.

570110/20

The People of the State of New York, Respondent,
against
Joel Lopez-Duran, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New York County (Sheryl L. Parker, J.H.O.), rendered January 10, 2020, convicting him, upon a plea of guilty, of facilitating unlicensed operation of a motor vehicle in the third degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Sheryl L. Parker, J.H.O.), rendered January 10, 2020, affirmed.
The Driver's License Suspension Reform Act, which amended Vehicle and Traffic Law § 510 (4-a) to remove the failure to pay a fine as a basis for the suspension of a driver's license, was enacted after defendant's conviction and does not mandate reversal of the judgment convicting defendant of facilitating aggravated unlicensed operation of a motor vehicle (see People v Castro, 223 AD3d 20, 23 [2023], lv denied 41 NY3d 964 [2024]; People v Pagan, 222 AD3d 440, 441 [2023], lv denied 41 NY3d 943 [2024]; People v Lopez, 84 Misc 3d 1, 2024 NY Slip Op 24152 [App Term, 1st Dept 2024], lv denied 42 NY3d 939 [2024]). Nor is defendant entitled to such relief in the interest of justice (see People v Urena, 80 Misc 3d 129[A], 2023 NY Slip Op 50981[U] [App Term, 1st Dept 2023], lv denied 40 NY3d 1041 [2023]).
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
Clerk of the Court
Decision Date: December 23, 2025